**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                        :
                                                               :       Case No. _____
                              Plaintiff,                       :
                                                               :
              vs.                                              :
                                                               :
JOHN DOE subscriber assigned IP address                        :
100.37.65.11,                                                  :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X

### NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: December 27, 2022                         Respectfully submitted,

                                                 By: */s/ John C. Atkin*
                                                       John C. Atkin, Esq.
                                                       The Atkin Firm, LLC
                                                       JAtkin@atkinfirm.com
                                                       400 Rella Blvd., Suite 165
                                                       Suffern, NY 10901
                                                       Tel.: (973) 314-8010
                                                       Fax: (833) 693-1201
                                                       *Attorneys for Plaintiff*