UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:22-cv-07885-PKC-RER
                                       Plaintiff,                :
                                                                 :
                 vs.                                             :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
100.37.65.11,                                                    :
                                                                 :
                                       Defendant.                :
-----------------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 01/04/2023                            Respectfully submitted,

                                             By: */s/ John C. Atkin*
                                                 John C. Atkin, Esq.
                                                 JAtkin@atkinfirm.com
                                                 400 Rella Boulevard, Suite 165
                                                 Suffern, NY 10901
                                                 Tel.: (973) 314-8010
                                                 Fax: (833) 693-1201
                                                 *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

                                      By: */s/ John C. Atkin*