### Exhibit A to the Complaint

**Location:** Staten Island, NY  
**Total Works Infringed:** 36

**IP Address:** 100.37.65.11  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4FBB2DAE667D46DDB9DA2ABC4CF931953CC20ABC<br>File Hash:<br>41CC2AE2A0C2FBD9F1370EFE29A77886859EA5618BB1711DD303A469F4E39D19 | 12-11-2022 04:43:19 | Blacked | 06-04-2018 | 07-09-2018 | PA0002109329 |
| 2 | Info Hash: E7A489193A7EE84D36ED8D5D2AE223CA262459E1<br>File Hash:<br>74E37088AD08D00068008C14170B7235E55F2D8308189EB77957CF6383320039 | 12-11-2022 00:33:34 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 3 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash:<br>DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 12-11-2022 00:14:35 | Tushy | 12-27-2018 | 01-22-2019 | PA0002147899 |
| 4 | Info Hash: A72BE735D576B5D1698069C9E914BDF92FBB83F8<br>File Hash:<br>779FA174AC0DAA367DA841F6900E0E1C57DC90C72808D0C74BC689BB30CA23FE | 12-10-2022 23:45:00 | Blacked Raw | 06-16-2019 | 07-17-2019 | PA0002188314 |
| 5 | Info Hash: F02DABA96011032764D3D58477A773A1418DA5C6<br>File Hash:<br>017C023D160AF957F34F7F09B1BA2DDC085A40A91C8B2AAA6573870A33D34B5B | 12-10-2022 17:11:53 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 6 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash:<br>9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-29-2022 15:45:28 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 7 | Info Hash: ED3B56B1959F0B233F3A1634827EA46BE58C2270<br>File Hash:<br>6DBC8300EBF9F88EF8A543F4F5BA53F488520D0D69E504761FF101F72BAF0F77 | 11-28-2022 13:54:17 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 8 | Info Hash: CC9F8E2F660412BC2F4692B07DCE27FD0D186784<br>File Hash:<br>50F4ED6C23C572043BA80E6EDA0A0632E23C43EFA688F1FA06364185C261753B | 11-27-2022 13:45:42 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 9 | Info Hash: EBE740A485253F13592E278BD7B983F58A9D23FC<br>File Hash:<br>AB0E1AD7720490942A1AB166E355BEDBDE0F0EEFFF1BBE82F7FE1262A73EB280 | 11-25-2022 13:33:51 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 10 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash:<br>567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 11-23-2022 13:55:01 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 11 | Info Hash: 6CAD1015EC2345427FF2806E809D4C9788F3F417<br>File Hash:<br>F545835CACC5A6C709ADAC1FDDC947A4C3BF0633AF66E79FE1A5C264AE75E2C9 | 11-22-2022 12:50:40 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CC9940611BC3E245EB2BBD12D08F766733624EDC<br>File Hash: 0FD586D9FDE069E2057CA6E01C0F80DFAC14DBAC60EF195747AEDAE1DD46B9A1 | 11-21-2022 11:31:32 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 13 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash: DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 11-20-2022 16:25:34 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 14 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-17-2022 21:48:55 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 15 | Info Hash: 0998597ED9A23DB6F54A42C08BDFCF1B1DCC7C55<br>File Hash: 798DD01C99C29E575D4F2C1B11315ADB6EE40EA150CA80752DECD32C874214C5 | 11-16-2022 10:51:11 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 16 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 11-16-2022 01:40:41 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 17 | Info Hash: CA0B6A354CA008A43791F71E41EF820C7B24C003<br>File Hash: 4E3C98E692A7F114288C2BCA5C5DDFE903F02876CDF81EC7178AF0990257667C | 11-16-2022 01:38:47 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 18 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-14-2022 21:55:09 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 19 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-14-2022 01:23:00 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 20 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-08-2022 22:35:30 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 21 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 11-07-2022 23:58:02 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 22 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-07-2022 02:33:31 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 23 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash: 8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 10-28-2022 23:14:14 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 10-26-2022 21:49:27 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 25 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash: FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 10-25-2022 22:20:28 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 26 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 10-25-2022 22:19:07 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 27 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 10-25-2022 21:45:13 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 28 | Info Hash: DE8CBCD7296E751C15C8392D639EAC1BFA02113B<br>File Hash: 35BF493D07BD5974C8A1F563F5E7B1767534F7FAB88C07DB5957012FFC140E67 | 10-10-2022 11:54:07 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 29 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 10-08-2022 10:26:34 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 30 | Info Hash: 7D12856F6E576754432F12B2401493445FA5FFF6<br>File Hash: BA68245BDAFE3FA7C16DC3E400AF06ED57BF0870FAB611D0C07233885BF86502 | 10-08-2022 02:57:29 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 31 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 10-07-2022 17:11:40 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 32 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-03-2022 20:47:18 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 33 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-03-2022 20:43:00 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 34 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash: F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-02-2022 15:37:39 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 35 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 09-30-2022 12:19:30 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 09-30-2022 09:16:46 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |