**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:22-cv-07885-PKC-RER
Plaintiff, :
:
vs. :
:
JOHN DOE infringer identified as using :
IP address 100.37.65.11, :
:
Defendant. :
---------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE
### AS TO JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 100.37.65.11 ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant "John Doe subscriber assigned IP address 100.37.65.11" are voluntarily dismissed without prejudice.

Please note that this Notice does **not** dismiss Plaintiff's claims against the party currently identified as "Defendant John Doe infringer identified as using IP address 100.37.65.11."

Dated: July 26, 2023                Respectfully submitted,

**THE ATKIN FIRM, LLC**

By: /s/ *John C. Atkin*
　　John C. Atkin, Esq.
　　400 Rella Blvd., Ste. 165
　　Suffern, NY 10901
　　Tel: (973) 314-8010
　　Fax: (833) 693-1201
　　JAtkin@atkinfirm.com
　　*Attorneys for Plaintiff*

1