# AFFIDAVIT OF SERVICE



| COURT | INDEX # 1 22 CV 07885 PKC RER |
|---|---|
| United States District Court Eastern District Of New York | DATE PURCHASED |

**PLAINTIFF/PETITIONER**
STRIKE 3 HOLDINGS LLC.

**DEFENDANT/RESPONDENT(S)**
JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 100.37.65.11

**DOCUMENTS**
SUMMONS, FIRST AMENDED COMPLAINT, EXHIBIT, CIVIL COVER SHEET, JULY 26 2023 ORDER

New York     ss:

Melissa Bondi , the undersigned, being duly sworn, deposes and says:

On 08/01/2023 at 9:53 AM, deponent served the aforementioned documents on ▮▮▮▮ at ▮▮ ▮▮▮▮▮▮▮ in the manner indicated below:

**MANNER OF SERVICE**
By delivering and leaving a true copy or copies of the aforementioned documents with said ▮▮▮▮ MOTHER a person of suitable age and discretion. Person spoken to stated that said premises is intended recipient's place of residence within the state of New York. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependent or anybody in the military and was told defendant and/or present occupant was not.

**Service Comments:**

**DESCRIPTION OF PERSON SPOKEN TO PAPERS LEFT WITH:**
Sex:▮ - Skin:▮ - Hair:▮ - Age:▮ - Height:▮ - Weight:▮
Other:

Sworn to and subscribed before me on
08/12/2023

Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740

Commission Expires November 27, 2023

x _____
Melissa Bondi

License#: 2055105-DCA

ANGELIQUE MAMALAKIS
Notary Public  State of New York
No 01MA6367740
Qualified in Queens County
My Commission Expires 11/27/2023

GSS#: 20230727102203

GUARANTEED SUBPOENA SERVICE, INC., License # 0994591, 2009 MORRIS AVENUE, UNION, NJ, 07083 - Tel: 908-687-0056 - Fax: 908-688-0885

THE ATKIN FIRM, LLC-MORRISTOWN, 55 MADISON AVENUE, MORRISTOWN, NJ 07960