**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                            :
:    Case No. 1:22-cv-07885-PKC-RER
Plaintiff,         :
:    **AFFIDAVIT OF SERVICE**
vs.                         :
:
JOHN DOE infringer identified as using   :
IP address 100.37.65.11,                              :
:
Defendant.      :
---------------------------------------------------------------X

**JOHN C. ATKIN**, hereby certifies as follows:

    1.    On the below date, I caused an unredacted copy of the *ex parte* stamp-filed Summons Returned Executed [D.E. 17] and a copy of this Affidavit of Service to be served on counsel for Defendant John Doe infringer identified as using IP address 100.37.65.11 *via* email at the following addresses:

| | |
|---|---|
| Jeffrey Antonelli, Esq. | Leslie A. Farber, Esq. |
| Antonelli Law Ltd. | Leslie A. Farber, LLC |
| 35 East Wacker Drive, Suite 1875 | 105 Grove Street, Suite 1 |
| Chicago, IL 60601 | Montclair, NJ 07042 |
| Tel.: (312) 201-8310 | Tel.: (973) 707-3322 |
| Jeffrey@antonelli-law.com | LFarber@LFarberLaw.com |

    2.    I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

DATED: August 18, 2023        **THE ATKIN FIRM, LLC**

                                        */s/ John C. Atkin, Esq.*
                                        JOHN C. ATKIN