**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:22-cv-07885-PKC-JAM
Plaintiff, :
:
vs. :
:
JOHN DOE infringer identified as using :
IP address 100.37.65.11, :
:
Defendant. :
---------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe infringer identified as using IP address 100.37.65.11 are voluntarily dismissed with prejudice.

Dated: November 22, 2023   Respectfully submitted,

THE ATKIN FIRM, LLC
By: _/s/ John C. Atkin_
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: */s/ John C. Atkin*
                                          John C. Atkin, Esq.